

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-21-00069-CR

| | | |
|---|---|---|
| CHRISTOPHER ZANE GUEVARA, Appellant | § | On Appeal from the 43rd District Court |
| | § | of Parker County (CR20-0409) |
| v. | § | April 7, 2022 |
| | § | Memorandum Opinion by Justice Bassel |
| THE STATE OF TEXAS | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's orders. The orders of appointment of trial and appellate counsel are modified to remove the imposition of Christopher Zane Guevara's attorney's fees reimbursement obligation, and we modify the bill of cost and the "Order To Withdraw Funds Held Under Texas Government Code § 501.014" to delete the time-payment fee without prejudice to further assessment. It is ordered

that the unchallenged judgment of the trial court is affirmed and that the challenged orders of the trial court are affirmed as modified.

SECOND DISTRICT COURT OF APPEALS

By  /s/ Dabney Bassel
    Justice Dabney Bassel